NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAFE 'N' SEC CORPORATION, A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**SNS HOLDING LLC, A RUSSIAN FEDERATION LIMITED LIABILITY COMPANY, SBERBANK OF RUSSIA OJSC, AN OPEN JOINT STOCK COMPANY OF THE RUSSIAN FEDERATION,**
*Defendants-Appellees*

---

2019-1231

---

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-06940-RGK-AGR, Judge R. Gary Klausner.

---

## JUDGMENT

---

CHRISTINE R. ESSIQUE, Ellias and Elias PC, West Bloomfield, MI, argued for plaintiff-appellant. Also represented by FREDERICK D. ELIAS.

LAUREN GALLO WHITE, Wilson, Sonsini, Goodrich & Rosati, PC, San Francisco, CA, argued for defendant-

appellee SNS Holding LLC. Also represented by DYLAN JAMES LIDDIARD, ANTHONY J. WEIBELL, Palo Alto, CA; ALINA LEONIDOVNA LITOSHYK, San Diego, CA.

ROBERT RHOAD, Dechert, LLP, Princeton, NJ, argued for defendant-appellee Sberbank of Russia OJSC. Also represented by CHRISTOPHER S. RUHLAND, Los Angeles, CA; KELLY KRELLNER, LUKE REILLY, Philadelphia, PA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court